IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY<br>Plaintiff, | § § § § | |
| vs. | § § | 5:16-cv-1214 —XR<br>Civil Action Number |
| ALYNA WEST HOTEL MANAGEMENT LLC D/B/A QUALITY INN & SUITES<br>Defendant. | § § § § | |

FILED
DEC 12 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

On the 12th day of December, 2016, Plaintiff, State Automobile Mutual Insurance Company filed its Motion to Dismiss Without Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff State Automobile Mutual Insurance Company's claims and causes of action against Defendant, Alyna West Hotel Management LLC D/B/A Quality Inn & Suites, are hereby dismissed, without prejudice and at the cost of party incurring same.

SIGNED this 12th day of December, 2016.

_____
Judge Presiding